UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80485-CIV-DIMITROULEAS

LAURA THOMAS,

    Plaintiff,

v.

TIME TO EAT DINER, INC., a Florida for-Profit corporation and

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Motion for Judicial Approval of the Parties' Settlement Agreement and for Dismissal with Prejudice [DE 15] (the "Motion"), filed on May 28, 2019. The Court, having considered the Motion, having reviewed the Parties' Settlement Agreement attached thereto, and being duly advised on all issues, it is therefore:

**ORDERED AND ADJUDGED** that said Motion [DE 15] is hereby **GRANTED.** The Court finds that the terms of settlement on Plaintiffs' FLSA claims are fair, reasonable, and just under the circumstances. Accordingly, the Court approves the Parties' Settlement Agreement, and dismisses the above-captioned action, in its entirety, as to all Parties, with prejudice, with the Parties to bear their own costs, fees, and expenses, except as set forth in the Settlement Agreement.

This case is **DISMISSED WITH PREJUDICE.**

The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of May, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:
Counsel of record